**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| NATHANIEL CLARANCE CLARK, | : | No. 162 WM 2018 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS, BLAIR COUNTY, PENNSYLVANIA, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 18th day of January, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.